UNITED STATES of America

v.

ONE TOSHIBA COLOR TELEVISION;
Two Answering Machines; One
Health Tech Computer

Reginald McGlory, Appellant,

(Pursuant to Rule 12(a), F.R.A.P.)
(D.C.Civ. No. 90–cv–00138)

United States of America

v.

Assorted Jewelry

Reginald McGlory, Appellant,

(Pursuant to Rule 12(a), F.R.A.P.)
(D.C.Civ. No. 90–00370)

Nos. 98–3578, 98–3579.

United States Court of Appeals,
Third Circuit.

Filed July 19, 1999.

Before: BECKER, Chief Judge,
SLOVITER, MANSMANN,
GREENBERG, SCIRICA, NYGAARD,
ALITO, ROTH, McKEE, and RENDELL,
Circuit Judges.

ORDER

BECKER, Chief Judge

A majority of the active judges having
voted for rehearing *en banc* in the above
appeals, it is

ORDERED that the Clerk of this Court
list the above cases for rehearing *en banc*
at the convenience of the Court.

Anthony NICINI, Jr., Appellant,

v.

Edward MORRA; New Jersey Depart-
ment of Human Services; Division of
Youth and Family Services; Frank
Syris; John Doe(s), a fictitious person
or persons; XYZ Entity(ies), a ficti-
tious entity or entities (D.C. Civil No.
95–cv–2303).

No. 98–5193.

United States Court of Appeals,
Third Circuit.

Aug. 25, 1999.

Before: BECKER, Chief Judge,
SLOVITER, MANSMANN,
GREENBERG, SCIRICA, NYGAARD,
ALITO, ROTH, McKEE, and RENDELL,
Circuit Judges.

ORDER

A majority of the active judges having
voted for rehearing *en banc* in the above
appeal, it is

ORDERED that the Clerk of this Court
list the above for rehearing *en banc* at the
convenience of the Court.